```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08584
    MICHELLE A BILLS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5428

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/19/2006 and was confirmed 10/23/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG          .00           .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE      4551.39           .00            .00
OPTION ONE MORTGAGE CO     NOTICE ONLY      NOT FILED           .00            .00
CITIFINANCIAL AUTO CREDI   SECURED           16693.11       1783.59        3795.81
CITIFINANCIAL AUTO CREDI   NOTICE ONLY      NOT FILED           .00            .00
CITY OF CHICAGO WATER DE   SECURED             303.09           .00         302.44
PAYDAY LOANS               UNSECURED        NOT FILED           .00            .00
10 MINUTE PAYDAY LOAN      NOTICE ONLY      NOT FILED           .00            .00
AMERICASH LOANS LLC        UNSECURED          1087.41           .00            .00
LDG FINANCIAL SERVICE      UNSECURED        NOT FILED           .00            .00
PAY DAY LOANS              UNSECURED        NOT FILED           .00            .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED            75.43           .00            .00
ECMC                       UNSECURED              .00           .00            .00
ECMC                       UNSECURED              .00           .00            .00
US DEPT OF EDUCATION       UNSECURED              .00           .00            .00
WOMANS WORKOUT WORLD HOM   UNSECURED        NOT FILED           .00            .00
ILLINOIS LENDING CORPORA   UNSECURED           606.25           .00            .00
EDDIE BILLS JR             NOTICE ONLY      NOT FILED           .00            .00
EDDIE BILLS JR             NOTICE ONLY      NOT FILED           .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY       2,969.00                       722.41
TOM VAUGHN                 TRUSTEE                                          374.75
DEBTOR REFUND              REFUND                                              .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 6,979.00

PRIORITY                                           .00
SECURED                                       4,098.25

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08584 MICHELLE A BILLS
```

```
        INTEREST                                                1,783.59
UNSECURED                                                            .00
ADMINISTRATIVE                                                    722.41
TRUSTEE COMPENSATION                                              374.75
DEBTOR REFUND                                                        .00
                                  ----------------        ----------------
TOTALS                                  6,979.00                6,979.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE